UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOSE LUIS GALVAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 2:23-CV-135-PPS-JEM ) |
| TODO AUTO REPAIR, INC. and JACOBO SARABIA, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 26] is **SO ORDERED**. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: February 5, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT